United States District Court for the
District of Maryland

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY
JUN 2 4 2026

_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED

Case no.: 1:25-cr-282

Motion for Appointment of Counsel

The movant, Kristin Ann Tleech Pelgrim, request the court to appoint counsel for the defense, of the same equal degree as the prosecutors, well versed background in IRS and Bankruptcy matters, such as Wombly, Bond, and Dickerson.

The movant is prepared to deposit into the court registry a financial instrument to facilitate the employment of counsel in the amount of $250,000.00 or what the court deems appropriate without delay.

Wherefore, the amount request this Honorable court to grant

A. The employment of counsel for the defense,

page 1

Page 2

B. Deposit of financial instrument by the movant in the amount determined by the court to facilitate the employment of counsel.

C. That this honorable court grant any further equitable relief.

Respectfully submitted
Kristin Ann Tkeech Pelgrim

Certificate of Service

I certify as true and correct that this Motion for Appointment of Counsel is mailed via USPS, first class mail, mailbox rule, to the clerk of the court and interested parties, received via electronic filing to wit:

Sean Delaney and Melissa Siskind
36 S. Charles Street, 4th Fl, Baltimore
Md 21201

Christopher C. Nieto, 233 E Redwood St, S-100cc, Baltimore, Md 21202-5977
By: [signature]   Date: June 19, 2026